IN RE DENNIS v. DUKE POWER CO.

   No. 246P94

   Case below: 114 N.C.App. 272

   Motion by petitioner (M-B Industries) for temporary stay allowed 6 June 1994 pending determination of M-B Industries' petition for writ of certiorari.

IN RE ESTATE OF BUCKNER

   No. 203P94

   Case below: 114 N.C.App. 266

   Petition by appellant (Dale C. Buckner) for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

IN RE ESTATE OF NEISEN

   No. 185P94

   Case below: 114 N.C.App. 82

   Petition by claimant (Linda Johnson) for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

IN RE MOSES H. CONE MEMORIAL HOSPITAL

   No. 148PA94

   Case below: 113 N.C.App. 562

   Petition by Guilford County for discretionary review pursuant to G.S. 7A-31 allowed 16 June 1994. Petition by appellant Roger C. Cotten for discretionary review pursuant to G.S. 7A-31 dismissed 16 June 1994. Petition by appellant Roger C. Cotten for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 16 June 1994.

LAWSON v. DIXON

   No. 198P94-2

   Case below: Wake County

   Motion by plaintiffs in nature of supersedeas, stay and mandamus denied 31 May 1994.